### Ira W. Collins v. The State.

No. 2769. Decided November 19, 1913.

Rehearing denied December 10, 1913.

**Unlawful Practice of Medicine—Statement of Facts.**

Where the purported statement of facts was not filed in the County Court until more than twenty days after adjournment of said court, the same could not be considered on appeal.

Appeal from the County Court of El Paso. Tried below before the Hon. Albert S. Eylar.

Appeal from a conviction of unlawfully practicing medicine; penalty, a fine of $50 and one day confinement in the county jail.

The opinion states the case.

*Coldwell & Sweeney,* for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

PRENDERGAST, Presiding Judge.—Upon proper complaint and information charging appellant with unlawfully practicing medicine without having and recording his license therefor, etc., appellant was convicted and his punishment fixed at a fine of $50 and one day in jail.

The Assistant Attorney-General moves to strike out what purports to be a statement of facts in this case, because not filed in the court below until more than twenty days after the adjournment of court. Under the many and uniform decisions of this court and the statute, the motion is sustained and said statement struck out. Durham v. State, 69 Texas Crim. Rep., 71, 155 S. W. Rep., 222, and cases cited. In the absence of a statement of facts, no question is raised that we can consider.

The judgment is, therefore, affirmed.

*Affirmed.*

[Rehearing denied December 10, 1913.—Reporter.]